# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-MJ-01485-DUTY |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| vs. ) | 18 U.S.C. § 3143(a)] |
| ) | |
| Jose DeJesus Rayos-Sanchez, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1
2
3
4        and/or

5   B.   (X)   The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
9        on: _____
10
11
12
13

14        IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.

16

17   Dated:  6-20-08

18
19                                        _____
20                                        JEFFREY W. JOHNSON
                                          UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28